UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-80240-JJG-11V |
| | ) | |
| ROCK CHURCH OF THE | ) | |
| WABASH VALLEY, INC., | ) | |
| | ) | |
|     Debtor. | ) | |

## WITHDRAW OF EMERGENCY MOTION TO REFRAIN FROM APPOINTING CREDITORS COMMITTEE PURSUANT TO §1102(a)(3)

Comes now Rock Church of the Wabash Valley, Inc., debtor and debtor-in-possession ("Rock Church"), by counsel, and withdraws its Emergency Motion to refrain from appointing creditors committee (Doc 6).

Respectfully Submitted,

*/s/ B. Scott Skillman*

B. Scott Skillman #13771-49
Skillman Defense Firm
PO Box 9481
Terre Haute, IN 47808-9481
(765) 780-7545

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2020 the Emergency Motion For Entry Of Order Under 11 U.S.C. §1102(a)(3) has been sent to the following creditors and interested parties:

First Financial Bank, N.A.   By Counsel Bruce Smith- Bsmith@smithmillerlaw.com &

    Rhonda Miller - rmiller@smithmillerlaw.com

Laura A DuVall         Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov

U.S. Trustee           ustpregion10.in.ecf@usdoj.gov

On this 17th day of June, 2020.

                                      Respectfully Submitted,

                                      */s/ B. Scott Skillman*

                                      B. Scott Skillman #13771-49