UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF01007N (rev 06/2017)

In re:

**Rock Church of Wabash Valley, Inc**,
 Debtor.

Case No. **20–80240–JJG–11V**

# DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

**NOTICE IS GIVEN** that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below:

- Income & Expense Schedule due June 30, 2020
- List of Equity Sec. Holders due June 30, 2020
- Attorney Disclosure of Compensation due June 30, 2020
- Schedule A/B with Declaration due June 30, 2020
- Schedule D with Declaration due June 30, 2020
- Corporate Ownership Statement due June 30, 2020
- Schedule E/F with Declaration due June 30, 2020
- Small Business Tax Return or Statement in Lieu due June 23, 2020
- Schedule G with Declaration due June 30, 2020
- Schedule H with Declaration due June 30, 2020
- Small Business Balance Sheet or Statement in Lieu due June 23, 2020
- Small Business Statement of Operations or Statement in Lieu due June 23, 2020
- Small Business Cash Flow Statement or Statement in Lieu due June 23, 2020

Documents filed with the Court must be the most recent official forms which can be found at www.uscourts.gov/forms/bankruptcy–forms.

**NOTICE IS FURTHER GIVEN** that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, the above–captioned case may be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated:  June 18, 2020

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court