## Notice Recipients

District/Off: 0756–2            User: admin                 Date Created: 6/18/2020
Case: 20–80240–JJG–11V          Form ID: SF00075            Total: 1

**Recipients of Notice of Electronic Filing:**
aty         B. Scott Skillman         skillmandefensefirm@gmail.com

TOTAL: 1