UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF00075 (rev 06/2018)

In re:

**Rock Church of The Wabash Valley, Inc**,
    Debtor.

Case No. **20–80240–JJG–11V**

## NOTICE OF DEFICIENT FILING

An Application to Employ was filed on June 22, 2020, by Debtor Rock Church of The Wabash Valley, Inc.

**NOTICE IS GIVEN** that the document is deficient as follows:

    PDF and docket text do not match. Docket text refers to application to set procedure for draw on retainer, but this is not mentioned in the PDF and Objection notice has not been filed.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by July 6, 2020, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  June 22, 2020

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court