UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF00075 (rev 06/2018)

In re:

**Rock Church of The Wabash Valley, Inc**,
    Debtor.

Case No. **20–80240–JJG–11V**

# NOTICE OF DEFICIENT FILING

A Notice of Submission Stmnt in lieu of small Bus Taxes was filed on June 22, 2020, by Debtor Rock Church of The Wabash Valley, Inc.

**NOTICE IS GIVEN** that the document is deficient as follows:

    Incorrect event selected. Refile by selecting Bankruptcy/Schedules/Statement of Financial Affairs/Initial Required Documents/Small Business Statement in Lieu and the document must be signed by the attorney for the debtor.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by July 7, 2020, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  June 23, 2020

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court