UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 18-80240-JJG-11V |
| ) | |
| ROCK CHURCH OF THE ) | |
| WABASH VALLEY, INC., ) | |
| ) | |
|     Debtor. ) | |

### SMALL BUSINESS CASH FLOW STATMENT

The debtor is an Indiana Domestic Nonprofit Corporation which is engaged in Religious Services and observation to its congregation members and the general public. The venture is funded exclusively from donations to the church. The Debtor operates on a Cash Basis accounting system.

### CURRENT BUSINESS INCOME AND EXPENSES

| | |
|---|---|
| Bank book balance and cash on hand at May 1, 2020 | $ 1,662.21 |
| | |
| RECEIPTS & OTHER FUNDING: | |
|     1. Donation Receipts/tithe & Offerings | $ 4,075.07 |
|     2. Accounts Receivable Collections | $ 0 |
|     3. Loans/Financing | $ 0 |
|     4. Capital Contributions | $ 0 |
|     5. Other Receipts | $ 0 |
| | |
| **I. TOTAL RECEIPTS & FUNDING**   (sum of lines 1-5) | $ 4,075.07 |
| | |
| EXPENDITURES: | |
|     6. Inventory Purchases | $ 0 |
|     7. Taxes | $ 0 |
|     8. PAYROLL | |
|         a. Compensation of Insiders | $ 0 |
|         b. Salaries & Wages | $ 0 |
|         c. Outside Labor | $ 0 |
|     9. Payments to Professionals | $ 1,500.00 |
|     10. Insurance | $ 0 |
|     11. Real Property Rent Payments | $ 0 |
|     12. Equipment Lease Payments | $ 0 |
|     13. Mortgage Payments | $ 1,739.65 |
|     14. Utilities/Telephone | $ 662.10 |

**Rock Church of the Wabash Valley, Inc.**          20-80240-JJG-11V

| | |
|---|---|
| 15. Supplies | $ 104.43 |
| 16. Repairs & Maintenance | $ 265.23 |
| 17. Travel & Entertainment | $ |
| 18. Other Expenses (Ministerial Books) | $ 209.09 |
| (Pastoral Expense) | $ 300.00 |
| (Benevolence- food pantry) | $ 150.00 |

**TOTAL EXPENDITURES** (sum of lines 6-18)          **$ 4,989.25**
**NET CASH FLOW** (Total Receipts less Total Expenditures)  **$ (854.78)**

Bank book balance and cash on hand at June 16, 2020.     **$ 889.20**

Respectfully Submitted,

*/s/ James Thurston*

President/ Pastor
Rock Church of the Wabash Valley, Inc.,

**Date: June 23, 2020**

B. Scott Skillman
Skillman Defense Firm
POB 9481
Terre Haute, IN  47808-9481
(765) 780-7545
Fax: (812) 232-9700
Email:  skillmandefensefirm@gmail.com