UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF00075 (rev 06/2018)

In re:

**Rock Church of The Wabash Valley, Inc**,   Case No. **20–80240–JJG–11V**
    Debtor.

# NOTICE OF DEFICIENT FILING

A Cash Flow Statement for Small Business was filed on June 23, 2020, by Debtor Rock Church of The Wabash Valley, Inc.

**NOTICE IS GIVEN** that the document is deficient as follows:

    Case number on PDF does not match case number.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by July 8, 2020, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  June 24, 2020                        Kevin P. Dempsey
                                             Clerk, U.S. Bankruptcy Court