UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF00075 (rev 06/2018)

In re:

**Rock Church of The Wabash Valley, Inc**,  Case No. **20–80240–JJG–11V**
  Debtor.

# NOTICE OF DEFICIENT FILING

A List of Creditors Who Have 20 Largest Unsecured Claims And Are Not Insiders was filed on June 24, 2020, by Debtor Rock Church of The Wabash Valley, Inc.

**NOTICE IS GIVEN** that the document is deficient as follows:

  missing required declaration for non–individual debtors (Form 202)

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by July 1, 2020, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  June 24, 2020            Kevin P. Dempsey
                    Clerk, U.S. Bankruptcy Court