UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF11880 (rev 02/2020)

In re:

**Rock Church of The Wabash Valley, Inc**,  Case No. **20−80240−JJG−11V**
    Debtor.

## NOTICE OF SUBCHAPTER V STATUS CONFERENCE

11 U.S.C. § 1188 requires the Court to hold a status conference in a subchapter V case no later than **60 days** after the entry of the order for relief.

**NOTICE IS GIVEN** that the subchapter V status conference will be held as follows:

    Date:  July 23, 2020
    Time:  10:00 AM EDT
    Place: 877−848−7030; access code 8891756

A motion for continuance of the subchapter V status conference to a date more than **60 days** after the entry of the order for relief must comply with 11 U.S.C. § 1188(b). All other motions for continuance may be granted upon a showing of good cause. Every motion for continuance must indicate whether the trustee objects to the continuance or what efforts were made to contact the trustee regarding the request for continuance.

Pursuant to 11 U.S.C. § 1188(c), the Subchapter V Status Report must be filed no later than July 9, 2020. This form can be found at
www.insb.uscourts.gov/SubVStatusReport.pdf.

Dated:  June 25, 2020                    Kevin P. Dempsey
                                         Clerk, U.S. Bankruptcy Court